UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GEORGE RICE, # 09824007
FCI
PLAINTIFF,
POB 4000
Manchester, KY 40962-4000

V.

Case: 1:07-cv-00956
Assigned To : Friedman, Paul L.
Assign. Date : 5/23/2007
Description: Pro Se Gen. Civil

DISTRICT OF COLUMBIA PUBLIC
DEFENDER SERVICE,

DEFENDANT.

Complaint

PLAINTIFF'S TITLE 42 UNITED STATES CODE SECTION 1983 CIVIL ACTION
CLAIM FOR DAMAGES FOR THE DEPRIVATION OF RIGHTS GUARANTEED BY THE
UNITED STATES CONSTITUTION AND THE LAWS OF THE UNITED STATES

Comes now plaintiff moving in the above-caption respectfully requesting the Honorable Court to rule in favor of plaintiff because of the blatant denial of his Sixth Amendment and Fourteenth Amendment Constitutional Rights and violations of the Laws of the United States, willfully committed by the District of Columbia Public Defender Service (hereinafter referred to as "defendant") under the direct supervision of Avis E. Buchanan, Director of agency defendant through gross negligence and fraud hired out as Staff Attorney individuals impersonating attorneys, who while unauthorized and unsupervised engaged in the "Pratice of Law" in the District of Columbia meaning the provision of legal advice and services where there is a client relationship of trust and reliance. This fraud-

RECEIVED
MAY 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

ulent representation occurred unbeknown to plaintiff while undergoing parole violation hearing conducted by the United States Parole Commission (hereinafter referred to as "Commission") in May and June of 2004. <u>No person shall engage in the practice of law in the District of Columbia or in any manner hold out as authorized or competent to practice law in the District of Columbia unless enrolled as an active member of the District of Columbia Bar.</u>

### PLAINTIFF ENTITLED TO COUNSEL AT COMMISSION'S HEARINGS

Pursuant to 28 Code of Federal Regulations § 2.101(b)"Prior to the commencement of each docket of probable cause hearings in the District of Columbia, a list of the parolees who are scheduled for probable cause hearings, together with a copy of the warrant application for each parolee, shall be sent to the D.C. Public Defender Service." Per federal law, plaintiff have a bonafide right to be assigned an attorney prior to the probable cause hearing of Commission. <u>See</u> also, 28 Code of Federal Regulations § 2.103(e) "Only licensed attorneys shall be permitted to...provide legal representation for parolees..." The above federal regulation specify that law student may participate however, with the written consent of parolee and be fully supervised by a license attorney who is physically present within the hearing providing immediate assistance to the student. This includes signature of supervising attorney of all documents prepared by student, expressing legal opinions, demands or pleadings of any kind, or any written documents containing legal argument or interpretation of law, for filing in any court, administrative agency or other tribunal.

### PLAINTIFF ENTITLED TO COUNSEL PURSUANT TO CRIMINAL JUSTICE ACT

See 18 U.S.C. § 3006A.  Adequate representation of defendants charged with a violation of supervised release or faces modification, reduction, or enlargement of a condition, or extention or revocation of a term of supervised release.  Also, see 18 U.S.C. § 4214(2)(B) Hearings held pursuant to subparagraph (1) of this subsection shall be conducted by the Commission in accordance with the following procedures: opportunity for the parolee to be represented by an attorney (retained by the parolee, or if he is financially unable to retain counsel, counsel shall be provided pursuant to section 3006A)...".

The District of Columbia Justice Act, like its federal counterpart, was designed to ensure that indigent defendants would recieve adequate counsel.  Furthermore, defendant is an independant agency of the District of Columbia Government responsible for providing the appointment of counsel to persons charged with criminal offenses or parole violations D.C. Code § 2-1602.  Although, the Constitution, federal law and D.C. code is well settled to protect plaintiff's rights, the defendant knowingly and intentionally deprived a citizen of the United States within their jurisdiction of the equal protection of the law through the failure to appoint plaintiff adequate legal counsel.

### PLAINTIFF'S LITIGATION IS TIMELY

Plaintiff through due diligence learned of the deprivation of his constitutional rights 2006.  The discovery rule applies under District of Columbia law, cause of action accrues when plaintiff knows or by exercise of reasonable diligence should know

(1) of the injury, (2) its cause in fact, and (3) of some evidence of wrongdoing. Plaintiff is in compliance with 3 year limitation for bringing action.

### PLAINTIFF'S LITIGATION IS NOT BARRED BY NOTICE REQUIREMENT

Plaintiff bring this civil action for deprivation of constitutional rights. Provision of District of Columbia law requiring notice of claims does not apply to alleged deprivation of constitutional rights in violation of § 1983, see Day v. D.C. Dept. of Consumer and Regulatory of Affairs, 2002 191 F.Supp.2d 154.

### ASSERTION OF IMMUNITY, IF ANY, MUST FAIL

Defendant violated plaintiff's clearly established constitioanl rights. Violations of clearly established constitutional rights are not sheltered through discretionary authority. Defendant knew or should have known plaintiff has right to be appointed an attorney, through their agency to assist at Commissions hearings. The imposters knew they were not admitted members of the District of Columbia Bar, they knew they were not either attorney or legal counselor. Defendants actions are that of deliberate indifference and public betrayal. Defendant conduct in fact deprived plaintiff of his rights and privileges secured by Constitution or laws of United States; defendant conduct caused deprivation of federal constitutional rights; defendant conduct was in fact intentional, grossly negligent and amounted to reckless and callous indifference to constitutional rights of other.

## PLAINTIFF SUFFERED CONSTITUTIONAL INJURIES

Plaintiff seek damages for the deprivation of civil rights resulting from the use of unconstitutional procedures at fault defendant. Plaintiff money damages are not premised on convictions accrued through the failure of defendant to appoint legal counsel. The description of plaintiff's compensatory and punitive damages lay directly at the door of defendant, civil rights deprivations. Moreover, defendant conduct include but not limited to legal malpractice, professional malpractice, fraud and gross negligence.

## CONCLUSION

Wherefore, for the foregoing reasons, plaintiff move the Court to order defendant to pay the sum of $ 3,000,000.00 (Three-Million Dollars) to plaintiff for the constitutional injuries suffered at the hand of defendant.

*George A. Rice*
Respectfully submitted,
George Rice, Reg. No. 09824-007
Federal Correction Inst.
P.O. Box 4000
Manchester, KY 40962-4000

Enclosure:
Plaintiff Affidavit

## JURY DEMAND

Plaintiff request a jury trial.

Respectfully submitted,
George Rice
Plaintiff pro se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE RICE,  )
    PLAINTIFF,  )
      )
      )
V.  )  CIVIL ACTION NO.
      )
      )
DISTRICT OF COLUMBIA PUBLIC  )
DEFENDER SERVICE,  )
      )
    DEFENDANT.  )

## AFFIDAVIT OF PLAINTIFF GEORGE RICE

Pursuant to 28 U.S.C. § 1746, provides that a declaration under the penalty of perjury may be used with "like force and effect" as a sworn declaration, verification, certification, statement, oath or affidavit.

The AFFIANT, George Rice, being duly advised, deposes and says the following:

1. In May 2004, Tracy Hayes introduced himself as an attorney from the District of Columbia Public Defender Service assigned to represent me at my preliminary (probable cause) hearing.

2. In May 2004, Tracy Hayes represented, the affiant at the preliminary hearing held by the United States Parole Commission.

3. In May 2004, Tracy Hayes was the sole individual present at hearing operating in the capacity of attorney, Hayes answered direct question pertaining to affiant imposed by the examiner, made assertions and signed documents. The affiant was found guilty by examiner and held over for revocation hearing.

07 0956
FILED
MAY 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page Two

Affidavit of Plaintiff George Rice

4. In June 2004, Tracy Hayes represented, the affiant as his attorney at the revocation hearing held by Commission.

5. In June 2004, Tracy Hayes was the sole individual present at the hearing operating in the capacity of attorney, Hayes answered direct questions imposed by examiner, made assertions and signed documents.

Wherefore, I declare, under the penalty of perjury, that the foregoing is true and correct. Executed this 26 day of April 2007.

_____
George Rice
Affiant

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-956
PLF

**I (a) PLAINTIFFS**

GEORGE RICE

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

#09824007

**DEFENDANTS**

D.C. PUBLIC DEFENDER SAVC.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-00956
Assigned To : Friedman, Paul L.
Assign. Date : 5/23/2007
Description: Pro Se Gen. Civil

*JURY ACTION*

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

● 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐  DEMAND $  Check YES only if demanded in complaint  JURY DEMAND: ● YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 5.23.07  SIGNATURE OF ATTORNEY OF RECORD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

