UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GEORGE RICE,  )
    PLAINTIFF, )
)
V. ) CIVIL ACTION NO. 07 0956
)
DISTRICT OF COLUMBIA PUBLIC )
DEFENDER SERVICE, )
    DEFENDANT. )

## PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

Comes now plaintiff moving in the above-caption respectfully requesting the Honorable Court to grant Motion to Proceed in Forma Pauperis and allow the enclosed complaint to be filed. Pursuant to 28 U.S.C. § 1915, plaintiff has submitted 6 month account statement (institutional equivalent) and submitted statement in support of request to proceed in forma pauperis.

    Plaintiff request the court to grant motion in the interest of justice.

Respectfully submitted,
George Rice
Plaintiff pro se
Federal Correction Inst.
P.O. Box 4000
Manchester, KY 40962-4000

RECEIVED
MAY 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE RICE,            )
                        )
    PLAINTIFF,          )
                        )
                        )
                        )
V.                      )        CIVIL ACTION NO.
                        )
                        )
                        )
DISTRICT OF COLUMBIA PUBLIC )
DEFENDER SERVICE,       )
                        )
    DEFENDANTS.         )

### STATEMENT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I George Rice, declare under the penalty of perjury, that I am plaintiff in the above entitled case; that in support of my Motion to Proceed in Forma Pauperis without being required to prepay fees, costs or give security thereof, I declare that because of my proverty I am unable to pay the cost of said proceeding or give security thereof and that I am entitled to relief.

1. I am not presently employed with any meaningful employment.
2. I have not recieved within the past twelve (12) months any money from any of the following sources:
    a. Business, profession or form of self-employment
    b. Rent payment, interest or dividends
    c. Pensions, annuities or life insurance payments.

1.

07 0956
**FILED**

MAY 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

      d. Disability or workers compensation payments

      e. Gifts or inheritances

3. I do not own any cash or do I have money in a checking or savings account. (Including funds in my prison account)

4. I do not own any real estate, stocks, bonds, securities, or other valuable property (excluding ordinary household furnishing and clothing)

I declare under the penalty of perjury that the above information is true and correct.
Executed on this 26 day of April 2007.

_____
George Rice
Plaintiff <u>pro se</u>

2