UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE RICE,
    Plaintiff,

v.

Case No. 07-956 (PLF)

PUBLIC DEFENDER SERVICE for the
DISTRICT OF COLUMBIA,

## PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Public Defender Service for the District of Columbia (PDS) respectfully requests permission to file on July 25, 2007, responsive pleadings to the complaint served upon PDS in the above captioned matter on May 31, 2007. The Public Defender Service seeks this enlargement of time to allow it to secure representation by outside counsel, to retrieve and review archived files, and to locate and contact a former employee. Pursuant to Local Civil Rule 7(m), PDS informs this Honorable Court that Plaintiff is incarcerated and is proceeding pro se. PDS further informs this Honorable Court that an identical complaint was served on PDS on May 31, *Stoddard v. PDS*, Case No. 07-549 RCL. PDS has filed a motion to enlarge in that matter requesting permission to file on July 25, 2007. A proposed Order consistent with this Motion is attached.

For the foregoing reasons, PDS respectfully requests the enlargement of time described herein.

Date: June 15, 2007                              Respectfully submitted,


                                                 /s/ Timothy O'Toole
                                                 Timothy O'Toole, D.C. Bar No. 469800
                                                 ~~Chief Special~~ Litigation Division
                                                 Public Defender Service
                                                 633 Indiana Ave, NW
                                                 Washington D.C. 20004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE RICE,  :
    Plaintiff,  :
  :
v.  :    Case No. 07-956 (PLF)
  :
PUBLIC DEFENDER SERVICE for the  :
DISTRICT OF COLUMBIA,  :
  :
_____ :

**ORDER**

This matter is before the Court on *The Public Defender Service for the District of Columbia's Motion for Enlargement of Time.* Upon consideration of this motion and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that the Public Defender Service for the District of Columbia's (PDS) motion should be and hereby is GRANTED, and thus PDS's responsive pleading to the complaint filed in the above captioned matter are now due on July 25, 2007.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

cc:

Timothy O'Toole, D.C. Bar No. 469800
Special Litigation Division
Public Defender Service
633 Indiana Ave, NW
Washington D.C. 20004

George Rice
#09824007
FCI
POB 4000
Manchester, KY 40962