IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE RICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA PUBLIC ) | |
| DEFENDER SERVICE, ) | |
| ) | |
| Defendant. ) | CIV. NO. 1:07-cv-00956 (PLF) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** of the appearance on behalf of Defendant District of Columbia Public Defender Service by David S. Kurtzer-Ellenbogen, Esq. (D.C. Bar No. 489559) of the law firm of Williams & Connolly LLP. Defendant requests that copies of all motions, notices and pleadings be forwarded to the undersigned at the below listed address.

Dated: July 16, 2007                                   Respectfully submitted,

                                                                        **WILLIAMS & CONNOLLY LLP**

                                                                        By: _/s/ David S. Kurtzer-Ellenbogen_
                                                                        David S. Kurtzer-Ellenbogen, Esq.
                                                                        D.C. Bar No. 489559
                                                                        725 Twelfth Street NW
                                                                        Washington, DC  20005
                                                                        dkurtzer-ellenbogen@wc.com
                                                                        (202) 434-5000

                                                                        *Counsel for Defendant*

# CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 16th day of July, 2007, a true copy of the foregoing was mailed by first class mail, postage prepaid to:

George Rice #09824-007
FCI
POB 4000
Manchester, KY 40962-4000


_____
David S. Kurtzer-Ellenbogen