## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE RICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA PUBLIC | ) | |
| DEFENDER SERVICE, | ) | |
| | ) | |
| Defendant. | ) | CIV. NO. 1:07-cv-00956 (PLF) |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Public Defender Service for the District of Columbia ("PDS") respectfully requests an additional two week extension for submission of responsive pleadings to the complaint filed in this matter, to August 8, 2007. Defendant has only recently secured representation by undersigned counsel, whose notice of appearance is being filed concurrently with this Motion, and Defendant therefore requests the additional time to prepare a responsive pleading addressing Plaintiff's allegations. Pursuant to Local Civil Rule 7(m), Defendant informs the Court that Plaintiff is incarcerated and is proceeding *pro se*. Plaintiff will not be prejudiced by this enlargement. A proposed Order consistent with this Motion is attached.

Dated: July 16, 2007                          Respectfully submitted,


                                              **WILLIAMS & CONNOLLY LLP**


                                       By: _David S. Kurtzer-Ellenbogen_____
                                              David S. Kurtzer-Ellenbogen, Esq.
                                              D.C. Bar No. 489559
                                              725 Twelfth Street NW
                                              Washington, DC   20005
                                              dkurtzer-ellenbogen@wc.com
                                              (202) 434-5000

                                              *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July, 2007, a true copy of the foregoing was mailed by first class mail, postage prepaid to:


George Rice #09824-007
FCI
POB 4000
Manchester, KY 40962-4000




David S. Kurtzer-Ellenbogen