## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GEORGE RICE,                              )
                                          )
                         Plaintiff,       )
                                          )
            v.                            )
                                          )
DISTRICT OF COLUMBIA PUBLIC               )
DEFENDER SERVICE,                         )
                                          )
                         Defendant.       )     CIV. NO. 1:07-cv-00956 (PLF)

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Public Defender Service for the District of Columbia ("PDS") respectfully requests an additional two week extension for submission of responsive pleadings to the complaint filed in this matter, to August 8, 2007. Defendant has only recently secured representation by undersigned counsel, whose notice of appearance is being filed concurrently with this Motion, and Defendant therefore requests the additional time to prepare a responsive pleading addressing Plaintiff's allegations. Pursuant to Local Civil Rule 7(m), Defendant informs the Court that Plaintiff is incarcerated and is proceeding *pro se*. Plaintiff will not be prejudiced by this enlargement. A proposed Order consistent with this Motion is attached.

Dated: July 16, 2007                    Respectfully submitted,


                                        **WILLIAMS & CONNOLLY LLP**


                                        By: _David S. Kurtzer-Ellenbogen_
                                        David S. Kurtzer-Ellenbogen, Esq.
                                        D.C. Bar No. 489559
                                        725 Twelfth Street NW
                                        Washington, DC   20005
                                        dkurtzer-ellenbogen@wc.com
                                        (202) 434-5000

                                        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July, 2007, a true copy of the foregoing was mailed by first class mail, postage prepaid to:


George Rice #09824-007
FCI
POB 4000
Manchester, KY 40962-4000



David S. Kurtzer-Ellenbogen

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GEORGE RICE,                )
                                       )
                   Plaintiff,   )
                                         )
             v.                      )
                                         )
DISTRICT OF COLUMBIA PUBLIC      )
DEFENDER SERVICE,           )
                                         )
                   Defendant.   )    CIV. NO. 1:07-cv-00956 (PLF)

_____

## [PROPOSED] ORDER

       This matter is before the Court on Defendant's Motion for Enlargement of Time.  Upon consideration of this Motion and the entire record herein, it is hereby

       ORDERED that Defendant's Motion for Enlargement of Time is GRANTED, and that Defendant's responsive pleading to the Complaint filed in the above-captioned matter is due on August 8, 2007.

       So ordered.

                                _____
                                  United States District Judge

Copies to:

David S. Kurtzer-Ellenbogen, Esq.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C.  20005

George Rice #09824-007
FCI
POB 4000
Manchester, KY  40962-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July, 2007, a true copy of the foregoing was mailed by first class mail, postage prepaid to:


George Rice #09824-007
FCI
POB 4000
Manchester, KY 40962-4000



David S. Kurtzer-Ellenbogen