IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE RICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA PUBLIC DEFENDER SERVICE, | ) ) |
| | ) |
| Defendant. | ) CIV. NO. 1:07-cv-00956 (PLF) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** of the appearance on behalf of Defendant District of Columbia Public Defender Service by M. Jesse Carlson, Esq. (D.C. Bar No. 490196) of the law firm of Williams & Connolly LLP. Defendant requests that copies of all motions, notices and pleadings be forwarded to the undersigned at the address listed below.

Dated: August 6, 2007

Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By: _____
M. Jesse Carlson, Esq.
D.C. Bar No. 490196
725 Twelfth Street NW
Washington, DC  20005
mcarlson@wc.com
(202) 434-5000

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 6th day of August, 2007, a true copy of the foregoing was mailed by first class mail, postage prepaid to:

George Rice #09824-007
FCI
POB 4000
Manchester, KY 40962-4000

_____
M. Jesse Carlson