IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE RICE    Plaintiff

v.

DISTRICT OF COLUMBIA PUBLIC
DEFENDER SERVICE    Defendant

RECEIVED
OCT - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIV NO.
1:07-cv-0956
PLF

    Now comes the Plaintiff respectfully asking this Court not to dismiss claim. Plaintiff announces to this Court that he is a layman of law and only knows that he has been wronged.

    Plaintiff further requests that he be given the rules of practice concerning filing the proper way. Defendant has asked that this case be dismissed because of flaws in the wording.

    However, Plaintiff is confined in a federal prison

and has an inadequate library to work with. This being the case, Plaintiff is asking for the rules on how to file and an opportunity to correct any issues with the original filing.

Respectfully Submitted,

_____

George Rice # 09824-007
FCI
POB 4000
Manchester, KY 40962-4000