UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GEORGE RICE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-0956 (PLF) |
| ) | |
| DISTRICT OF COLUMBIA PUBLIC ) | |
| DEFENDER SERVICE, ) | |
| ) | |
| Defendant. ) | |

DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #11] is GRANTED, and it is hereby

ORDERED that plaintiff's motion "asking this Court not to dismiss" [Dkt. #16] is DENIED, and it is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order.  See Fed. R. App. P. 4(a).

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

Date:  January 30, 2008